# Exhibit 2

*Plaintiff's Letter dated March 27, 2024*

# VICTORIA SMITH LAW FIRM, LLC

520 Folly Road • Suite 25 PMB 334 • Charleston • South Carolina • 29412
PHONE (843) 800-0365 • FAX (843) 928-8040
victoria@victoriasmithlegal.com


March 27, 2024

**SNT VIA FAX & EMAIL TO: (855) 866-0964 and statefarmclaims@statefarm.com**
State Farm Mutual Automobile Ins. Co.
P.O. Box 52250
Phoenix, AZ 85072

Amanda Gaston, Esq.
126 Seven Farms Dr., Suite 200
Charleston, SC 29492
Attorney for State Farm

| | | |
|---|---|---|
| RE: | My Client(s)/Your Insured: | Jacquetta McCall |
| | DOL: | December 9, 2023 |
| | Claim No.: | 4060G958T |
| | Case No.: | 2023-CP-10-06112 |

*****TIME-SENSITIVE CORRESPONDENCE INTENDED FOR SETTLEMENT NEGOTIATIONS ONLY*****

Dear Amanda and State Farm Adjuster:

As you know from our previous correspondence, my firm represents your insured, Jacquetta McCall, in regards to her personal injury claim arising from injuries sustained in a DUI motor vehicle collision caused by Claudia Ramona Tisdale on or about December 9, 2023. This letter and the medical records and bills enclosed herewith are being sent to you for review and the opportunity to discuss settlement.

## LIABILITY

My office has previously produced a copy of the collision report and photographs of the property damage. There is no dispute that Ms. Tisdale was grossly intoxicated and caused the subject collision. As you know, Ms. Tisdale was arrested and taken into custody at the scene after failing a sobriety test and admitting that she consumed countless Long Island Iced Teas at a bar down the street called The Montague Room shortly before the collision occurred. This was a

**VICTORIA SMITH LAW FIRM, LLC**
520 Folly Road • Suite 25 PMB 334 • Charleston • South Carolina • 29412
PHONE (843) 800-0365 • FAX (843) 928-8040
victoria@victoriasmithlegal.com

severe impact collision. The scene was chaotic. My client, Jacquetta, was frightened and shaken up as a result of the collision. She presented to Roper Express Care the night of the collision and subsequently sought follow-up care at Denovo Pain Management and Coosaw Chiropractic. Dr. Arcella at Denovo Pain Management referred Jacquetta to American Health Imaging for an MRI of her lumbar spine and an MRI of her cervical spine. The MRI of Jacquetta's lumbar spine documents a moderately large disc herniation indicative of recent development from acute trauma. She continues to experience pain and require injections for pain management.

Ms. Tisdale was grossly intoxicated, was driving too fast for conditions, failed to keep a proper lookout, failed to apply her brakes in time to avoid the collision, and caused a chain reaction of colliding vehicles. We have since discovered that this was not Ms. Tisdale's first time being charged with Driving Under the Influence. Had Ms. Tisdale been responsible and ordered an Uber or Rideshare on December 9, 2023, this collision would not have occurred and Jacquetta would not have suffered harm. As a result of this collision, Jacquetta sustained serious bodily injuries.

Please be advised that Jacquetta is still in treatment at this time. **Regardless of the amount of medical treatment of medical bills in this case, we feel strongly that State Farm Mutual Automobile Insurance Company should tender the UIM policy limits at this time for the reasons discussed in more detail below.**

## PUNITIVE DAMAGES - DUI HIT AND RUN

Immediately after the collision, Ms. Tisdale was arrested for DUI Second Offense. In this lawsuit, Ms. Tisdale has so far refused to participate in any discovery and has pled the fifth. We have noticed her video deposition for May 20, 2024 and fully expect her to plead the fifth, thus giving a negative inference at trial.

## CONCLUSION

Based on my client's current medical bills, the fact that her treatment is ongoing, the fact that she suffered and continues to suffer pain, as well as the significant and apparent applicability of punitive damages under the circumstances surround this collision, and the fact that we know the at-fault driver's liability coverage is going to be exhausted and is inadequate to cover all of the claimants' damages, we hereby demand that State Farm Mutual Automobile Insurance Company tender Fifty Thousand Dollars ($50,000.00) in UIM bodily injury coverage on Jacquetta's two vehicles plus all remaining UIM property damage coverage available under her policy.

# VICTORIA SMITH LAW FIRM, LLC

520 Folly Road • Suite 25 PMB 334 • Charleston • South Carolina • 29412
PHONE (843) 800-0365 • FAX (843) 928-8040
victoria@victoriasmithlegal.com


We reserve the right to supplement or amend this demand at any time prior to settlement.

**Please tender all UIM Bodily Injury coverage and all remaining UIM Property Damage coverage made payable to "Victoria Smith Law Firm, LLC for the benefit of Jacquetta McCall" and mail said check to our office mailing address of 520 Folly Road, Suite 25, PMB 334, Charleston, South Carolina 29412 within thirty (30) days of this letter. This letter is sent pursuant to State Farm v. Nichols.**

I look forward to working with you to resolve this matter amicably and expediently. Please do not hesitate to contact me via email or telephone if you have any questions or if I may provide further information.

Respectfully,

s/Victoria N. Smith

Victoria N. Smith, Esq.

Enclosures: as stated