# Exhibit 3

*Email dated July 14, 2025*

**Amanda M. Gaston**

---

| | |
|---|---|
| **From:** | Victoria Smith <victoria@victoriasmithlegal.com> |
| **Sent:** | July 14, 2025 12:53 PM |
| **To:** | Amanda M. Gaston |
| **Cc:** | Cobb, David S.; Team Gaston |
| **Subject:** | Re: Regarding: McCall, Jacquetta v. Tisdale, Claudia, et al. (UIM) (File #: 20240123.000) - Claim No: 4060G958T |

I mean watch your tone with me and don't get sassy with me. The last attorney who was disrespectful to me ended up with sanctions against her firm. Reflect on your communications with me and change your tone moving forward unless you want to be next.

If you wanted to hear about Ms McCall's damages so badly then it probably would've been a good idea to show up at the damages hearing, don't ya think?

Sent from my iPhone

On Jul 14, 2025, at 12:37 PM, Amanda M. Gaston <agaston@cslaw.com> wrote:

Victoria:

I'm not sure what you meant by "watch myself," but to be clear, I am simply requesting dates for your client's deposition. As noted, David Cobb has been copied to handle the notice, consistent with your position that the UIM Carrier is not entitled to participate in discovery. If you've already provided dates to David, that's appreciated. If we do not receive your availability by 7/18, a notice will be issued based on our availability.

This is not a threat, nor should it be interpreted as one. My intent is solely to move discovery forward in an efficient manner.

Thanks,

<image001.png>
**126 Seven Farms Drive, Suite 200**
**Charleston, SC 29492-8144**

**Amanda M. Gaston**
**agaston@cslaw.com**
**Licensed in SC**

**P: 843.577.2026 Ext. 2224**
**F: 843.722.2867**
**W: cslaw.com**

This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, immediately contact Amanda M. Gaston with CLAWSON & STAUBES at (843) 577-2026 and delete the original transmittal of this information.

**From:** Victoria Smith <victoria@victoriasmithlegal.com>
**Sent:** July 14, 2025 12:24 PM
**To:** Amanda M. Gaston <agaston@cslaw.com>
**Cc:** Cobb, David S. <DCobb@turnerpadget.com>; Team Gaston <TeamGaston@cslaw.com>
**Subject:** Re: Regarding: McCall, Jacquetta v. Tisdale, Claudia, et al. (UIM) (File #: 20240123.000) - Claim No: 4060G958T

We already gave dates to David. You do not have the right to notice anything. It's just a matter of time before I depose you so watch yourself with your threats to blind notice.

Sent from my iPhone

On Jul 14, 2025, at 11:48 AM, Amanda M. Gaston <agaston@cslaw.com> wrote:

Victoria:

Now that Judge Gergel has issued a Protective Order precluding my deposition, please provide dates for Ms. McCall's deposition. Given your longstanding position that the UIM Carrier does not have a right to participate in discovery, I've copied David Cobb here so he can prepare and issue the notice accordingly.

If we do not receive your availability by Friday July 18th, we will proceed with issuing a notice based on our availability.

Sincerely,

Amanda

<image001.png>
**126 Seven Farms Drive, Suite 200**
**Charleston, SC 29492-8144**

**Amanda M. Gaston**
**agaston@cslaw.com**
**Licensed in SC**

**P: 843.577.2026 Ext. 2224**
**F: 843.722.2867**
**W: cslaw.com**

This e-mail and the information transmitted contains PRIVILEGED and CONFIDENTIAL information and is the property of the sender. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are notified that any dissemination or copying of this information, or the taking of any action in reliance on the content of this information, is strictly prohibited. If you have received this e-mail in error, immediately contact Amanda M. Gaston with CLAWSON & STAUBES at (843) 577-2026 and delete the original transmittal of this information.